IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRAVIS W. MATTHEWS,

    Plaintiff,

v.

MARIANNE PETRILLA, WARDEN PIAZZA, MAJOR LARSON, CAPTAIN GALLAGHER, LT. SMITH, CHAPLAIN TOM, and SGT. ROSTOWSKY,

    Defendants.

No. 3:11-CV-2282

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 31st day of August, 2012, upon review of the Reports and Recommendations of Magistrate Judge Malachy E. Mannion (Docs. 21, 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Reports and Recommendations (Docs. 21, 22 ) are **ADOPTED.**

(2) Plaintiff Travis W. Matthews's motion for a preliminary junction (Doc. 8) is **DENIED**.

(3) Defendants' motion to dismiss (Doc. 2) is **GRANTED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge