# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS W. MATTHEWS, | |
| Plaintiff, | No. 3:11-CV-2282 |
| v. | (JUDGE CAPUTO) |
| MARIANNE PETRILLA, WARDEN PIAZZA, MAJOR LARSON, CAPTAIN GALLAGHER, LT. SMITH, CHAPLAIN TOM, and SGT. ROSTOWSKY, | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

## ORDER

**NOW** this 31st day of August, 2012, upon review of the Reports and Recommendations of Magistrate Judge Malachy E. Mannion (Docs. 21, 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Reports and Recommendations (Docs. 21, 22 ) are **ADOPTED.**

(2) Plaintiff Travis W. Matthews's motion for a preliminary junction (Doc. 8) is **DENIED.**

(3) Defendants' motion to dismiss (Doc. 2) is **GRANTED.**

(4) The Clerk of Court is directed to mark the case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge